## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHH MORTGAGE CORPORATION, F/K/A CENDANT MORTGAGE CORPORATION : | CIVIL ACTION |
| : | NO.   1:06-CV-307 |
| vs. : | MONROE COUNTY |
| YUBETZY SANTIAGO, INDIVIDUALLY AND HEIR OF CLEVELAND V. POWELL, DECEASED : | |
| ENEIDA POWELL, HEIR OF CLEVELAND V. POWELL, DECEASED : | |
| UNKNOWN HEIRS, SUCCESSORS, ASSIGNS, AND ALL PERSONS, FIRMS, OR ASSOCIATIONS CLAIMING RIGHT, TITLE, OR INTEREST FROM OR UNDER CLEVELAND V. POWELL, DECEASED : | |

FILED
HARRISBURG, PA
FEB 2 8 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW, this **28th** day of **February**, 2006, upon consideration of Plaintiff's Motion for Service Pursuant to Special Order of Court, it is hereby ORDERED and DECREED that said Motion is GRANTED.

ORDERED that Plaintiff may obtain service of the Complaint and all future pleadings, on UNKNOWN HEIRS, SUCCESSORS, ASSIGNS, AND ALL PERSONS, FIRMS, OR ASSOCIATIONS CLAIMING RIGHT, TITLE, OR INTEREST FROM OR UNDER CLEVELAND V. POWELL, DECEASED by mailing a true and correct copy of the complaint by Certified mail and Regular mail and by posting the mortgaged premises at 1835 SUNVALLEY DRIVE, BLAKESLEE, PA 18610.

Service of the aforementioned mailings is effective upon the date of mailing and is to be done by Plaintiff's attorney, who will file with the Prothonotary's Office an Affidavit of Service.

BY THE COURT:

_____
J.