# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHH MORTGAGE CORPORATION**, | : | **CIVIL ACTION NO. 1:06-CV-0307** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **YUBETZY SANTIAGO**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 7th day of April, 2006, upon consideration of the motion (Doc. 9) "for service pursuant to special order of court," in which plaintiff avers that it has been unable to locate mortgagee-defendants to effect service of the complaint in this case for the foreclosure of the real property located at 1835 Sunvalley Drive, Blakeslee, Pennsylvania, and it appearing that Pennsylvania law provides for alternative methods for effecting service in *in rem* actions, see FED. R. CIV. P. 4(e) ("[S]ervice upon an individual . . . may be effected . . . pursuant to the law of the state in which the district court is located . . . ."), and that under the circumstances *sub judice* service may be effected by posting a copy of the original complaint on the property at issue or by sending the complaint by registered mail to the defendant's last-known address, see PA. R. CIV. P. 410(c)(2,3) (governing service in real property actions), see also id. at 430 (service pursuant to special order of court), it is hereby ORDERED that:

1. The motion (Doc. 9) "for service pursuant to special order of court" is GRANTED.

2. Plaintiff shall post a copy of the original complaint and summons on the most public part of the property located 1835 Sunvalley Drive, Blakeslee, Pennsylvania, 18610.

3. Plaintiff shall send, by certified mail, a copy of the original complaint and summons to defendants' last known addresses, located at 1105 Jerome Avenue, Apartment 1J, Bronx, New York, 10452, and at 730 Oakland Place, Apartment G1, Bronx, New York, 10452.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge