IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHH MORTGAGE CORPORATION,** | : | CIVIL ACTION NO. 1:06-CV-0307 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **YUBETZY SANTIAGO, et al.,** | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 26th day of June, 2006, upon consideration of the motion for default judgment (Doc. 15), in which plaintiff avers that an amount certain is owed by defendants pursuant to the terms of a mortgage agreement, and it appearing that default has been entered against defendants for failure to plead or otherwise defend (see Doc. 17) as provided by the Federal Rules of Civil Procedure, see FED. R. CIV. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the clerk shall enter the party's default."), but that the agreement at issue has not been filed with the court, see id. 52(b) ("[If] it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence . . . the court may . . . order such references as it deems necessary and proper . . . ."), it is hereby ORDERED that plaintiff shall file, on or before July 24, 2006, the mortgage agreement and any other documents supporting plaintiff's claim.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge